DANIEL G. BOGDEN
United States Attorney
District of Nevada
PAMELA A. MARTIN
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada  89101
702-388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No.: 2:09-mj-0207-PAL |
| Plaintiff, | ) |
| | ) |
| vs. | ) GOVERNMENT'S MOTION |
| | ) TO DISMISS COMPLAINT |
| | ) |
| OLIVER BUENO-LOPEZ aka | ) |
| Pedro Bueno-Gomez, | ) |
| | ) |
| Defendant. | ) |
| | ) |

COMES NOW the United States of America, by and through DANIEL G. BOGDEN,
United States Attorney, and PAMELA A. MARTIN, Assistant United States Attorney, and files
this Motion for Leave to Dismiss the Complaint against Defendant Oliver Bueno-Lopez.  The
United States has determined that, in the best interest of justice, the Complaint should be
dismissed without prejudice against Defendant Oliver Bueno-Lopez.

. . .

. . .

. . .

. . .

. . .

. . .

1    WHEREFORE, the United States requests that this Court confer its leave, as required

2    under Rule 48(a) of the Federal Rules of Criminal Procedure, and grant this Motion to Dismiss

3    the Complaint without prejudice.

4    Dated this 3rd day of September, 2013.

5                                                      Respectfully Submitted,

6                                                      DANIEL G. BOGDEN
                                                       United States Attorney

7

8                                                      /s/ Pamela A. Martin
                                                       PAMELA A. MARTIN

9                                                      Assistant United States Attorney

10

11

12   IT IS SO ORDERED this 4th day of
     September, 2013.
13

14

15   Peggy A. Leen
     United States Magistrate Judge

16

17

18

19

20

21

22

23

24

                                              2